UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   TJ JOHNSON                                     §
         BOBBIE A JOHNSON                               §   Case No.: 10-32614
                                                        §
         Debtor(s)                                      §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/22/2010.

2) This case was confirmed on 11/17/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/13/2012.

6) Number of months from filing to the last payment: 22

7) Number of months case was pending: 26

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    2,242.87

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
========================================================================
 Receipts:
        Total paid by or on behalf of the debtor        $   30,964.00
        Less amount refunded to debtor                  $    1,390.75
 NET RECEIPTS                                           $   29,573.25
========================================================================


========================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan           $    2,931.50
        Court Costs                                     $         .00
        Trustee  Expenses and Compensation              $    1,736.48
        Other                                           $         .00

 TOTAL EXPENSES OF ADMINISTRATION                       $    4,667.98

 Attorney fees paid and disclosed by debtor             $      568.50
========================================================================


========================================================================
 Scheduled Creditors:

 Creditor              Claim          Claim          Claim       Principal        Int.
  Name       Class    Scheduled      Asserted       Allowed       Paid            Paid

 PEOPLES GAS LIGHT &  UNSECURED   2,188.00     2,188.18     2,188.18         .00         .00
 INDIANA DEPT OF REVE SECURED           NA     1,553.91          .00         .00         .00
 INDIANA DEPT OF REVE PRIORITY          NA     5,053.70     5,053.70         .00         .00
 INDIANA DEPT OF REVE UNSECURED         NA       500.00       500.00         .00         .00
 PRA RECEIVABLES MANA UNSECURED     662.00       627.54       627.54         .00         .00
 DEUTSCHE BANK NATION SECURED   141,036.00   177,737.80          .00         .00         .00
 DEUTSCHE BANK NATION SECURED           NA    20,019.88    20,019.88   10,777.92         .00
 INTERNAL REVENUE SER SECURED    13,575.00   154,554.76    13,575.00    7,163.00         .00
 NATIONAL CAPITAL MGM SECURED    11,675.00     9,949.62     9,949.62    6,519.31      445.04
 NATIONAL CAPITAL MGM UNSECURED   1,140.73           NA           NA         .00         .00
 INDY MAC BANK        UNSECURED  37,678.00           NA           NA         .00         .00
 CITY OF CHICAGO DEPT UNSECURED     305.00       405.00       405.00         .00         .00
 ILLINOIS DEPT OF REV PRIORITY      657.83           NA           NA         .00         .00
 INDIANA DEPARTMENT O UNSECURED   1,571.60           NA           NA         .00         .00
 INTERNAL REVENUE SER PRIORITY      553.00           NA           NA         .00         .00
 INTERNAL REVENUE SER PRIORITY    1,624.44           NA           NA         .00         .00
 INTERNAL REVENUE SER PRIORITY    4,216.00    14,407.80    14,407.80         .00         .00
 AT&T                 UNSECURED     404.00           NA           NA         .00         .00
 DR JEROME JAMES      UNSECURED   1,284.00           NA           NA         .00         .00
 AMERICASH LOANS LLC  UNSECURED   1,973.92           NA           NA         .00         .00
 CHICAGO IMAGING      UNSECURED      95.00           NA           NA         .00         .00
 CHICAGO IMAGING      UNSECURED      71.00           NA           NA         .00         .00
 PREMIER BANKCARD     UNSECURED     526.00           NA           NA         .00         .00
========================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASSET ACCEPTANCE LLC | UNSECURED | 365.59 | 389.34 | 389.34 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 284.97 | 303.49 | 303.49 | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 203.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | 700.00 | 340.09 | 340.09 | .00 | .00 |
| O DOOGHUE ROSENOW | UNSECURED | 136.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 2,407.00 | NA | NA | .00 | .00 |
| VILLAGE OF ALSIP | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ELITE RECOVERY | UNSECURED | 1,091.06 | NA | NA | .00 | .00 |
| CARE CENTER | UNSECURED | 156.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 408.00 | 479.27 | 479.27 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 408.00 | 408.78 | 408.78 | .00 | .00 |
| UNIV OF CHICAGO DEPT | UNSECURED | 154.00 | NA | NA | .00 | .00 |
| CHICAGO IMAGING | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 917.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 6,977.38 | 7,023.50 | 7,023.50 | .00 | .00 |
| INSTANT CASH | UNSECURED | 260.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 148,286.66 | 14,387.16 | 14,387.16 | .00 | .00 |
| LANE BRYANT | UNSECURED | 193.00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| CHICAGO IMAGING | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| CHICAGO IMAGING | UNSECURED | 71.00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 258.00 | 258.85 | 258.85 | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 181.00 | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 138.00 | NA | NA | .00 | .00 |
| MEDCLR | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| MEDCLR | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| PALISADES | UNSECURED | 712.00 | 712.77 | 712.77 | .00 | .00 |
| PALISADES | UNSECURED | 344.00 | 344.99 | 344.99 | .00 | .00 |
| PAYDAY SVC | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| MRC RECEIVABLE CORP | UNSECURED | 799.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 680.00 | 662.20 | 662.20 | .00 | .00 |
| PROVIDIAN NATIONAL B | UNSECURED | 203.00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | 712.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 344.00 | NA | NA | .00 | .00 |
| ACL LABORATORIES | UNSECURED | 176.00 | 178.17 | 178.17 | .00 | .00 |
| US FAST CASH | UNSECURED | 585.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 124.00 | 555.06 | 555.06 | .00 | .00 |
| WFNNB/JESSICA LONDON | UNSECURED | 12.00 | NA | NA | .00 | .00 |
| WFNNB | UNSECURED | 193.00 | NA | NA | .00 | .00 |
| ASHRO LIFESTYLE | UNSECURED | NA | 193.96 | 193.96 | .00 | .00 |
| ACL LABORATORIES | UNSECURED | NA | 20.96 | 20.96 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| **Scheduled Creditors:** | | | | | | |
| UNIVERSITY OF CHICAG | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 13,575.00 | NA | NA | .00 | .00 |
| ONEWEST BANK | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 20,019.88 | 10,777.92 | .00 |
| Debt Secured by Vehicle | 9,949.62 | 6,519.31 | 445.04 |
| All Other Secured | 13,575.00 | 7,163.00 | .00 |
| **TOTAL SECURED:** | 43,544.50 | 24,460.23 | 445.04 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 19,461.50 | .00 | .00 |
| **TOTAL PRIORITY:** | 19,461.50 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 29,979.31 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,667.98 |
| Disbursements to Creditors | $ | 24,905.27 |
| **TOTAL DISBURSEMENTS:** | $ | 29,573.25 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/03/2012                                        /s/ Tom  Vaughn
                                                           Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**